**Sandra L. FEIGLEY, Appellant,**

v.

**PENNSYLVANIA DEPARTMENT OF CORRECTIONS, Appellee.**

Supreme Court of Pennsylvania.

Jan. 20, 1999.

### *ORDER*

PER CURIAM

AND NOW, this 20th day of January 1999, we **AFFIRM** the Order of the Commonwealth Court.